UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 16-09752
CAROL Y. MITCHELL )
)
)  Chapter: 13
)
)  Honorable Jack Schmetterer
)
)
Debtor(s) )

**ORDER ALLOWING CHICAGO TITLE LAND TRUST COMPANY AS TRUSTEE UNDER TRUST 8002356753 DATED MARCH 11, 2011'S MOTION TO MODIFY THE AUTOMATIC STAY AS TO 22931 RIDGEWAY, RICHTON PARK, IL 60471 REGARDING PIN 31-35-306-068-0000**

This cause coming to be heard on CHICAGO TITLE LAND TRUST COMPANY AS TRUSTEE UNDER TRUST 8002356753 DATED MARCH 11, 2011'S MOTION TO MODIFY THE AUTOMATIC STAY AS TO 22931 RIDGEWAY, RICHTON PARK, IL 60471 REGARDING PIN 31-35-306-068-0000, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

1 The automatic stay is modified as to permit CHICAGO TITLE LAND TRUST COMPANY AS TRUSTEE UNDER TRUST 8002356753 DATED MARCH 11, 2011, to proceed pursuant to non-bankruptcy law as to 22931 S. Ridgeway, Richton Park, Illinois 60471 with Property Identification Number ("PIN") of 31-35-306-068-0000 and Bankruptcy Rule 4001(a)(3) is not applicable;

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: April 27, 2016

**Prepared by:**

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinios 60065
847 687 9445